IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

2005 SEP 29 PM 4:43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Cr. No. 05-20362 B P |
| | ) | |
| vs. | ) | 18 U.S.C. § 641 |
| | ) | 21 U.S.C. § 841(a)(1) |
| EDWARD S. HOFFMAN, | ) | |
| Defendant. | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## INTRODUCTION

1. At all times relevant to this indictment, a confidential police informant, referred to herein as "CI," represented to defendant **EDWARD S. HOFFMAN** that he was associated with a Mexican drug dealer.

2. At all times relevant to this indictment, defendant **EDWARD S. HOFFMAN** was a commissioned officer of the Memphis Police Department.

3. On or about June 15, 2005, the CI and defendant **EDWARD S. HOFFMAN** had a meeting. During the meeting the CI informed defendant **EDWARD S. HOFFMAN** that he (the CI) would be in possession of drugs and money belonging to a Mexican drug dealer on or about June 17, 2005.

4. On or about June 17, 2005, government agents placed $3,500.00 in government funds and approximately twenty-one pounds of marijuana in a vehicle. On or about June 17, 2005, defendant **EDWARD S. HOFFMAN** stopped the vehicle

containing the government funds and marijuana, which at the time was being driven by the CI. Defendant **EDWARD S. HOFFMAN** searched the vehicle and removed the marijuana and $3,500.00 in government funds from the vehicle being operated by the CI. At that point in time, defendant **EDWARD S. HOFFMAN** left the scene with both the marijuana and the $3,500.00 in government funds.

5. On or about June 17, 2005, defendant **EDWARD S. HOFFMAN** returned the marijuana to the CI. Defendant **EDWARD S. HOFFMAN** returned the marijuana to the CI so that the CI could sell the marijuana and then pay defendant **EDWARD S. HOFFMAN** a portion of the profits made from selling the marijuana.

## COUNT 1

6. The information contained in Paragraphs 1 through 5 herein is specifically incorporated in this count of the indictment by reference.

7. On or about June 17, 2005, in the Western District of Tennessee, the defendant,

------------------------------------ **EDWARD S. HOFFMAN** ------------------------------------

did knowingly embezzle, steal, purloin and convert to his own use goods and property of the United States, that is $3,500.00 in cash, in violation of Title 18, United States Code, Section 641.

## COUNT 2

8. The information contained in Paragraphs 1 through 5 herein is specifically incorporated in this count of the indictment by reference.

9. On or about June 17, 2005, in the Western District of Tennessee and elsewhere, the defendant,

---------------------------------- **EDWARD S. HOFFMAN** ----------------------------------

did unlawfully, knowingly and intentionally possess with the intent to distribute and did distribute approximately 21 pounds of marijuana, a controlled substance as classified by Title 21, United States Code, Section 812 and Title 21, Code of Federal Regulations, Section 1308.12 as a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

DATED: September 29, 2005

_____
Lawrence J. Laurenzi
**Acting United States Attorney**
**Western District of Tennessee**

No. 1357

# UNITED STATES DISTRICT COURT

WESTERN District of Tennessee

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

EDWARD S. HOFFMAN

## INDICTMENT

a true bill.

_____ Foreman

Filed in open court this 29th day,
of September A.D. 2005

_____ Clerk

Bail, $

indictbk.wpf
(EDNY 4/99)

Electronically produced by Glenda Abelman, USAO, EDNY



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20362 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Robert L. Parris
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT