IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -8 AM 11: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

                                    CR. NO. 05-20362-B

EDWARD S. HOFFMAN,

    Defendant.

### ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY And ** *SETTING* **

This cause came on for a report date on October 31, 2005. At that time counsel for the defendant requested a continuance of the November 7, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to January 3, 2005 with a report date of ** **Wednesday, December 21, 2005, at 9:30 a.m.**,** in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from November 18, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this _____ day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-9-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20362 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Robert L. Parris
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT